FILED

2026 Aug-03  PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

LATISHA SOUTHWARD,              )
                               )
    Plaintiff,                 )
                               )
v.                             )   Case No.  3:25-cv-01157-MHH-HNJ
                               )
ISIAH NELOMS, *et al.*,         )
                               )
    Defendants.                )

## ORDER

On September 25, 2025, Plaintiff Latisha Southward ("Southward") filed her Second Amended Complaint naming Isiah Neloms and Correctional Officer McDaniel as defendants. (Doc. 12). Officer McDaniel filed a Motion to Dismiss the claims asserted against her in Southward's Second Amended Complaint on October 27, 2025. (Doc. 18). Following briefing by the parties, the undersigned entered a report on July 16, 2026, recommending that the court deny Officer McDaniel's motion. (Doc. 24). Southward subsequently moved for permission to file a third amended complaint. (Doc. 26). Because neither defendant opposed Southward's motion, the court granted her leave to file a third amended complaint on July 31, 2026, and ordered her to file a third amended complaint identical to the one she appended to the motion for leave within three days. (Doc. 27). Southward filed her Third Amended Complaint that same day. (Doc. 28).

Accordingly, the court **DENIES** as **MOOT** Officer McDaniel's October 27, 2025, Motion to Dismiss, (doc. 18); and **WITHDRAWS** the July 16, 2026, Report and Recommendation, (doc. 24).

**DONE** this 3rd day of August, 2026.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE